IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02017-MEH

CARRICK-HARVEST, LLC d/b/a VERITAS FINE CANNABIS,

    Plaintiff,

v.

VERITAS FARMS, INC., and
271 LAKE DAVIS HOLDINGS, LLC d/b/a VERITAS FARMS,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 6, 2020.**

    Before the Court is Plaintiff's Notice of Filing of First Amended Complaint (ECF 27) filed on October 6, 2020 and the First Amended Complaint and Jury Demand filed on October 1, 2020 (ECF 25). In light of this pleading, the Defendants' Motion to Dismiss [filed August 24, 2020; ECF 14] is **denied without prejudice** as moot with leave to re-file, if Defendants so choose, in response to the First Amended Complaint. *See Thundathil v. Sessions*, 709 F. App'x 880, 884 (10th Cir. 2017) (citing *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007) (explaining that "an amended complaint supercedes an original complaint and renders the original complaint without legal effect")).