IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02017-RM

CARRICK-HARVEST, LLC d/b/a VERITAS FINE CANNABIS,
a Colorado limited liability company,

        Plaintiff,

v.

VERITAS FARMS, INC., a Nevada corporation;
271 LAKE DAVIS HOLDINGS, LLC d/b/a VERITAS FARMS,
a Delaware limited liability company,

        Defendants.

## MOTION OF ROBYN M. BOWLAND FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to D.C.COLO.LAtty R 5(b), Robyn M. Bowland requests leave to withdraw as counsel of record for Defendants Veritas Farms, Inc. and 271 Lake Davis Holdings, LLC d/b/a Veritas Farms (together "Veritas") and to be removed from the electronic service list. After June 18, 2021, Ms. Bowland will no longer be associated with Akerman LLP. Veritas will continue to be represented by Brian C. Bianco of Akerman LLP.

Dated: June 16, 2021

        s/ Brian C. Bianco
        Brian C. Bianco
        Robyn M. Bowland
        AKERMAN LLP
        71 S. Wacker Drive, Floor 47
        Tel. (312) 574-5700
        Fax. (312) 424-1900
        brian.bianco@akerman.com

robyn.bowland@akerman.com

*Attorneys for Defendants Veritas Farms, Inc. and 271 Lake Davis Holdings, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2021, a true and correct copy of the foregoing **MOTION OF ROBYN M. BOWLAND FOR LEAVE TO WITHDRAW AS COUNSEL** was served on all counsel of record via email:

s/ Brian C. Bianco
Brian C. Bianco