# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02017

CARRICK-HARVEST, LLC d/b/a VERITAS FINE CANNABIS,
a Colorado limited liability company,

                        Plaintiff,

v.

VERITAS FARMS, INC., a Nevada corporation;
271 LAKE DAVIS HOLDINGS, LLC d/b/a VERITAS FARMS,
a Delaware limited liability company,

                        Defendants.

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

The Court, having considered the parties' Joint Stipulation for Dismissal, and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Stipulation for Dismissal is granted and all claims against Defendants are dismissed without prejudice.

DATED this 23RD day of July, 2021.

                        BY THE COURT:

                        _____
                        REGINA M. RODRIGUEZ
                        United States District Judge